No. 89–6389. SWEETING *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 89–6399. TANNER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 89–6400. SMITH *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–6403. BROWN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 89–6406. CEBALLOS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 89–6407. TORRES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–6410. RAMIREZ *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 89–6412. GARCIA-MOLINA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–6413. ARIAS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–6422. BARNETT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 89–6423. PIRES *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 4th Cir. Certiorari denied.

No. 89–6442. DAVIS ET UX. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 89–6443. CALLOWAY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–6445. SAUNDERS *v.* MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 89–6448. QUIGLEY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.